# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2017

## NO. 03-16-00883-CV

**D. F., a/k/a D. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
DISMISSED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on December 9, 2016. Having reviewed the record, it appears that the appellant lacks standing to bring her claims. Therefore, the Court dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.